UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

COVANEX, INC.,

               Plaintiff,

v.

VIJAY DUVVADA and SRINIVASARAO KASA,

               Defendants.

**CONSENT TO CHANGE ATTORNEY**

Case No. 14-cv-6050-FPG-MWP

---

We, the undersigned, pursuant to CPLR 321, do hereby consent and agree that Leclair Korona Vahey Cole LLP, Laurie A. Vahey, Esq., attorneys of record for the defendants, Vijay Duvvada and Srinivasarao Kasa, with offices located at 28 E. Main Street, Suite 1500, Rochester, New York 14614, be changed, and that Vahey Muldoon Reston Getz LLP, Laurie A. Vahey, Esq., with offices located at 144 Exchange Blvd., Suite 402, Rochester, New York 14614, be substituted as attorneys for defendants, Vijay Duvvada and Srinivasarao Kasa.

**LECLAIR KORONA VAHEY COLE, LLP**

Dated: 4/17, 2018  BY: _____
Steven E. Cole, Esq.
28 E. Main Street, Suite 1500
Rochester, New York 14614
(585) 327-4100

VAHEY MULDOON RESTON GETZ, LLP

Dated: May 7, 2018   BY: _____
Laurie A. Vahey, Esq.
144 Exchange Blvd., Suite 402
Rochester, New York 14614
(585) 262-5130


Dated: _____, 2018   _____
VIJAY DUVVADA

STATE OF            )
COUNTY OF           )

    On the ___ day of _____, in the year 2018, before me, the undersigned, personally appeared VIJAY DUVVADA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his individual capacity.

_____
Notary Public


Dated: _____, 2018   _____
SRINIVASARAO KASA

STATE OF            )
COUNTY OF           )

    On the ___ day of _____, in the year 2018, before me, the undersigned, personally appeared SRINIVASARAO KASA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his individual capacity.

_____
Notary Public

**VAHEY MULDOON RESTON GETZ, LLP**

Dated: _____, 2018   BY: _____
Laurie A. Vahey, Esq.
144 Exchange Blvd., Suite 402
Rochester, New York 14614
(585) 262-5130

Dated: _05/03/_____, 2018   _____D. Vijay_____
VIJAY DUVVADA

STATE OF Kansas   )
COUNTY OF Johnson  )

On the 3rd day of May_____, in the year 2018, before me, the undersigned, personally appeared VIJAY DUVVADA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his individual capacity.

MAXWELL MAIER
Notary Public-State of Kansas
My Appt. Expires 3/7/20

_____ Notary Public

Dated: _____, 2018   _____
SRINIVASARAO KASA

STATE OF            )
COUNTY OF           )

On the ___ day of _____, in the year 2018, before me, the undersigned, personally appeared SRINIVASARAO KASA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his individual capacity.

_____
Notary Public

2

VAHEY MULDOON RESTON GETZ, LLP

Dated: _____, 2018  BY: _____
Laurie A. Vahey, Esq.
144 Exchange Blvd., Suite 402
Rochester, New York 14614
(585) 262-5130

Dated: _____, 2018       _____
VIJAY DUVVADA

STATE OF          )
COUNTY OF         )

On the ___ day of _____, in the year 2018, before me, the undersigned, personally appeared VIJAY DUVVADA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his individual capacity.

_____
Notary Public

Dated: 05/03, 2018       _____
SRINIVASARAO KASA

[Notary stamp: KIMBERLY A. COLARUSSO, Notary Public, State of Texas, My Commission Expires January 17, 2020]

STATE OF          )
COUNTY OF         )

On the 3 day of May, in the year 2018, before me, the undersigned, personally appeared SRINIVASARAO KASA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his individual capacity.

_____
Notary Public

2